

United States District Court
for the
Northern District of Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113
Clerk's Office: 216-357-7000

Michael Bowser
446 Rocky Hollow Dr.
Medina, Ohio 44256
234-525-0413

June 2, 2015

Civil Action # 5:14-cv-02759-SL

May 15, 2015 a family member handed me a folder containing a summons on this Civil Action No. 5:14-cv-02759-SL. I respectfully request a 30 day extension to better understand what this claim is and to search for an attorney.

I am currently on Medicaid and receiving food assistance. I have not had stable employment since 2012. In 2014 and 2015 I had no income. Do I qualify for any legal assistance? Please advise.

Best Regards,
Michael Bowser

*Michael Bowser*