UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | CASE NO. 5:14CV2759 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| | ) | |
| MICHAEL BOWSER, | ) | |
| | ) | |
| | ) | ORDER |
| DEFENDANT. | ) | |

The Clerk's Office was notified to select an attorney pursuant to the Pro Bono Civil Case Protocol and Local Civil Rule 83.10. Attorney Michael P. Harvey is hereby appointed to represent Defendant Michael Bowser in the above-entitled case.

The Clerk of the Court shall enter the appearance of Michael P. Harvey on the docket as counsel for defendant.

**IT IS SO ORDERED**.

Dated: July 6, 2015

_____
**KATHLEEN B. BURKE**
**U.S. MAGISTRATE JUDGE**