IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO (AKRON)

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | CASE NO.: 5:14-cv-02759-SL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE SARA LIOI |
| | ) | |
| | ) | MAGISTRATE JUDGE KATHLEEN B. |
| MICHAEL BOWSER, | ) | BURKE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

NOTICE OF SUGGESTION OF DEATH

I.      INTRODUCTION

The Plaintiff only sued Michael Bowser in this case as but the Time Warner account belonged to his late mother, as did the home.

The Plaintiff has no evidence that Michael Bowser was the individual responsible for any alleged copyright violations.

Mrs. Bowser unfortunately passed away recently.  A copy of that death certificate is attached hereto as Exhibit A.

The Plaintiff filed an action against the owner of the Time Warner account but did not bring the case against the correct party to begin with, which is one of our affirmative defenses and probably would have been a basis for a Motion to Dismiss, the Plaintiff's claim is against the Time Warner account holder only and that claim should be in Probate Court when, and if, the

1

estate is ever opened.

## II.    CONCLUSION

**WHEREFORE**, the undersigned counsel on behalf of the Defendant, Michael Bowser,

respectfully gives notice of his mother's passing.

Respectfully submitted,

MICHAEL P. HARVEY CO., L.P.A.

/s/Michael P. Harvey
Michael P. Harvey, Esq. (#0039369)
311 Northcliff Drive
Rocky River, Ohio  44116
Office: (440) 356-9108
Cell:    (440) 570-2812
Email: MPHarveyCo@aol.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2015 a copy of the foregoing

NOTICE OF SUGGESTION OF DEATH has been forwarded via the Court's electronic filing

system to:

Yousef M. Faroniya
84 South 4th Street
Columbus, OH  43215
(614) 360-1855
Email: yfaroniya@gmail.com
*Attorney for Plaintiff*

/s/Michael P. Harvey
Michael P. Harvey, Esq.
*Attorney for Defendant*

MPH/rlb

2

07/24/2015 12:46PM 3308752931 PAGE 02/02

---

Reg. Dist. No. 18
Primary Reg. Dist. No. 1801
Registrar's No. **2015-007068**

Ohio Department of Health
VITAL STATISTICS
**CERTIFICATE OF DEATH**
Type or print in permanent blue or black ink

State File No. 2015060901

2. Sex: **FEMALE**
3. Date of Death (Mo/Day/Year): **JUNE 28, 2015**

1. Decedent's Legal Name (include AKA's if any)(First, Middle, LAST, suffix)
**JUNE D BOWSER**

4. Social Security Number: **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**
5a. Age (Years): **83**
6. Date of Birth (Mo/Day/Year): **JANUARY 22, 1932**
7. Birthplace (City and State or Foreign Country): **CLEVELAND, OHIO**

8a. Residence State: **OHIO**
8b. County: **MEDINA**
8c. City or Town: **GRANGER TOWNSHIP**
8d. Street and Number: **446 ROCKY HOLLOW DRIVE**
8e. Apt. No.
8f. Zipcode: **44256**
8g. Inside City Limits? **NO**

9. Ever in US Armed Forces? **NO**
10. Marital Status at Time of Death: **WIDOWED (AND NOT REMARRIED)**
11. Surviving Spouse's Name (if wife, give name prior to first marriage)

12. Decedent's Education: **HIGH SCHOOL GRADUATE OR GED**
13. Decedent of Hispanic Origin: **NO**
14. Decedent's Race: **WHITE**

16. Father's Name: **HENRY LAURICH**
15. Mother's Name (prior to first marriage): **EMILY KANDUS**

17a. Informant's Name: **VALERIE ZAREMBA**
17b. Relationship to Decedent: **DAUGHTER**
17c. Mailing Address (Street and Number, City, State, Zip Code): **1160 S. MEDINA LINE ROAD, WADSWORTH, OHIO 44281**

18a. Place of Death: **HOSPITAL - INPATIENT**
18b. Facility Name (if not institution, give street & number): **CLEVELAND CLINIC FOUNDATION**
18c. City or Town, State and Zip Code: **CLEVELAND, OH 44195**
18d. County of Death: **CUYAHOGA**

19. [Signature]
20. License Number (of licensee): **008136**
21. Name and Complete Address of Funeral Facility: **HERITAGE CREMATION SOCIETY**

22a. Method of Disposition: **CREMATION**
22b. Date of Disposition: **7-6-15**
**303 S. CHAPEL STREET**

22c. Place of Disposition (Name of Cemetery, Crematory, or other place): **OHIO CREMATION CENTER**
22d. Location (City/Town and State): **LOUISVILLE, OH**
**LOUISVILLE, OH 44641**

23. Registrar's Signature: [signature]
24. Date Filed: **JUL 7 2015**

25a. Name of Person Issuing Disposition Permit: **FALK, JOHN**
25b. District No.: **7600**
25c. Date Disposition Permit Issued: **7-6-15**

26a. Certifier (Check only one): [X] Certifying Physician / Coroner or Medical Examiner

26b. Time of Death: **1720**
26c. Date Pronounced Dead: **June 28, 2015**
26d. Was the Medical Examiner or Coroner Contacted? **NO**

26e. Signature and Title of Certifier [signature] **MD**
26f. License number: **35.124060**
26g. Date Signed: **July 1, 2015**

27. Name (Last, First, Middle) and Address of Person who Completed Cause of Death
**HOEKSEMA, LAURA J, 9500 EUCLID AVENUE CLEVELAND, OH 44195**

28. Part I.
| Immediate Cause | | Approximate interval Between Onset and Death |
|---|---|---|
| a. **Congestive heart failure** | | **weeks** |
| b. Due to (or as Consequence of) | | |
| c. Due to (or as Consequence of) | | |
| d. Due to (or as Consequence of) | | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
**atrial Fibrillation, hypertension**

29a. Was An Autopsy Performed? [ ] Yes [X] No
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? [ ]YES [ ]NO [ ] Not Applicable

30. Did Tobacco Use Contribute to Death? [ ] Yes [ ] Unknown [X] No [ ] Probably

31. If Female, Pregnancy Status: [X] Not pregnant within past year

32. Manner of Death: [X] Natural [ ] Homicide [ ] Accident [ ] Pending Investigation [ ] Suicide [ ] Could not be determined

33d. Injury at Work? [ ] Yes [ ] No

33a. Date of Injury (Mo/Day/Year)
33b. Time of Injury
33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area)

33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State)

33f. Describe How Injury Occurred:
33g. If Transportation Injury, Specify: [ ] Driver/Operator [ ] Pedestrian [ ] Passenger [ ] Other:

HEA 2724 Rev. 01/07

---

I HEREBY CERTIFY THIS
DOCUMENT IS AN EXACT
COPY OF THE RECORD ON FILE WITH
THE OHIO DEPARTMENT OF HEALTH.

JUL - 7 15 0 6 6 0 1 5

[signature] Mary A. Blech
MARY A. BLECH, LOCAL REGISTRAR
OFFICE OF VITAL STATISTICS
WITNESS MY SIGNATURE & SEAL

---

2015-07-24 12:51  HERITAGE SERVIC  3308752931  Page 2/2