IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | CASE NO. 5:14CV2759 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| MICHAEL BOWSER, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

The Court set a telephonic Case Management Conference ("CMC") in the above titled case for August 28, 2015. *See* Notice, 8/25/2014. Defendant's counsel could not be reached by Plaintiff's counsel or the Court. Accordingly, the Court did not hold the CMC.

A Report of Parties' Planning Meeting was filed by Defendant's counsel on August 24, 2015. Doc. 28. Plaintiff's counsel did not participate. *See id*; Minutes of Proceedings, 8/25/2015. The Court ordered Plaintiff's counsel to file a Supplemental Report of Parties' Planning Meeting by noon on August 27, 2015. Doc. 31. Plaintiff's counsel did not do so. Instead, a half-hour before the CMC, Plaintiff's counsel filed his Supplement. Doc. 32.

Given the aforesaid, and in light of the record before the Court, the Court issues the following Orders:

1. Plaintiff's Supplemental Report of Parties' Planning Meeting (Doc. 32) is hereby stricken from the record for failure to comply with the Court's Order.

2. The CMC will be rescheduled after the Court rules on the pending Motion for Judgment on the Pleadings, if necessary. Parties and counsel are on notice that the CMC will be held in-person and that party representatives will be required to attend in person.

3. Initial disclosures are due on September 11, 2015.

4. On September 11, 2015, the parties shall file a Joint Status Report informing the Court what form of Alternative Dispute Resolution ("ADR") they wish to pursue and their proposed timing for ADR.

5. The deadline to amend pleadings is September 28, 2015.

6. Aside from initial disclosures, discovery shall be stayed until after the Court rules on the pending dispositive motion and the Court so orders.

The Court reminds counsel they are responsible for reading and following Court orders in their entirety.  Failure to do so may result in sanctions.

IT IS SO ORDERED.

Dated:  August 28, 2015

Kathleen B. Burke
United States Magistrate Judge